UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.W. & M.W.,

               Plaintiffs,

   - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

               Defendants.

22-cv-1409 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 18, 2022 is **canceled**.

SO ORDERED.

Dated:   New York, New York
          May 12, 2022

                                      John G. Koeltl
                             United States District Judge