UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.W., ET AL.,

          Plaintiffs,

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

          Defendants.

22-cv-1409 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 25, 2022.

SO ORDERED.

Dated:  New York, New York
        July 11, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                            United States District Judge