UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.W., ET AL.,

                Plaintiffs,

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

22-cv-1409 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the parties' request for a referral to the magistrate judge for settlement and for an adjournment of the deadline to file a Rule 26(f) report <u>sine die</u>. ECF No. 34. By separate Order, the Court will refer the case to the magistrate judge for settlement. The deadline to file a Rule 26(f) report is **adjourned** <u>sine die</u>. Consistent with the parties' suggestion in their letter, ECF No. 34 at 2, the parties are directed to provide this Court with an update on the status of settlement every 60 days. If the parties are unable to resolve all the issues in this case in settlement negotiations, the parties should submit a letter to this Court, within 7 days of the conclusion of settlement discussions, proposing a new deadline for the submission of a Rule 26(f) report.

SO ORDERED.

Dated:    New York, New York
            April 5, 2023

                                                      /s/ John G. Koeltl
                                                    John G. Koeltl
                                       United States District Judge