```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
B.W., et al.,

                                Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF EDUACATION,
et al.,

                                Defendants.
----------------------------------------------------------------X
```

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

**22-CV-1409 (JGK)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A counsel-only telephonic Settlement Status Conference in this matter is hereby scheduled for **Thursday, June 29, 2023 at 4:30 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

Dated: April 26, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge