**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2023
```



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **W. Simone Nicholson**<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2455 |

August 3, 2023

**VIA EMAIL**
The Honorable Katherine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *B.W., et. al. v. N.Y.C. Dep't of Educ., et al.,* 22-1409 (JGK)(KHP)

Dear Judge Parker

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action, wherein Plaintiffs allege violations pursuant to the Individuals with Disabilities in Education ("IDEA"), 20 U.S.C. §1400, et seq. ("IDEA") and seek attorneys fees, costs and expenses for work on the administrative proceeding and the federal action.

  I write, with Plaintiffs' consent, to request an short adjournment of the conference from August 7, 2023 (ECF 38) to August 14, 2023 or a date thereafter convenient to the Court, to ensure that Defendants have full authority to settle the fees claim, and that the parties have an opportunity to exchange offers in advance of the conference.

  Thank you for considering this request.

               Respectfully submitted,

               s/ *W. Simone Nicholson*
               W. Simone Nicholson
               Special Assistant Corporation Counsel

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, August 7, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, November 7, 2023 at 2:00 p.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **October 31, 2023 by 5:00 p.m.**

               APPLICATION GRANTED

               *Katharine H. Parker*
               Hon. Katharine H. Parker, U.S.M.J.

               08/04/2023