```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
B.W., et al.,

                                  Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUACATION,
et al.,

                                  Defendants.
------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**22-CV-1409 (JGK)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Order of Referral being withdrawn on August 11, 2023 (doc. no 46) the Settlement Conference currently scheduled for **November 7, 2023** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: August 14, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge