```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

B.W., ET AL.

                Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.

                Defendants.

22-cv-1409 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **September 12, 2023**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 5, 2023

                                            John G. Koeltl
                                 United States District Judge