Case 1:22-cv-01409-JGK   Document 53   Filed 09/06/23   Page 1 of 1

THE LAW OFFICE OF

# ELISA HYMAN, P.C.

September 6, 2023

*VIA ECF*
Honorable John G. Koeltl, U.S.D.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, New York 10007

*Conference Time Changed to 9/12/23 at 4:00 P.M. So ordered.*

Re:   *B.W., et al., v. N.Y.C. Dep't of Educ., et al.*, 22-cv-1409 (JGK)

*9/6/23  /s/ John G. Koeltl U.S.D.J.*

Dear Judge Koeltl:

I represent the Plaintiffs in the above-referenced case and write to request a short adjournment of the pre-motion conference scheduled for September 12, 2023 at 2:30 pm due to my unavailability. Minute Entry dated Sept. 5, 2023; ECF No. 52. I already have an administrative IDEA hearing scheduled for September 12, 2023 at 2:00 pm and I will not be finished by 2:30 to attend this conference. Defendants' counsel consents to the adjournment request.

Both parties are available at 4:00 pm on September 12, 2023 or a date thereafter convenient to the Court.[1]

Additionally, the parties are writing to provide an update on the mediation, which was held earlier today. The parties participated in a mediation session with Mr. John Saltarelli, but we were unfortunately unable to reach a resolution of this matter.

Thank you for Your Honor's attention to this case and consideration of the requests herein.

Respectfully Submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.

By: *Erin O'Connor*

Erin O'Connor, Esq., Of Counsel
*Counsel for Plaintiffs*

cc: All counsel of record *via* ECF

---

[1] Plaintiffs' counsel, however, is scheduled to take her son to his first year of college September 21, 2023 through September 25, 2023 and respectfully asks the Court not to reschedule the conference for these dates. Additionally, I have hearings scheduled at 10:00 am on September 15, 2023 and 4:00 pm on September 18, 2023.