UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

B.W., ET AL.

                Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.

                Defendants.
_____

22-cv-1409 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to file any motion to amend the complaint by **September 28, 2023**. The defendants must respond by **October 13, 2023**. The plaintiffs must reply by **October 23, 2023**. SO ORDERED.

Dated:    New York, New York
            September 12, 2023

                                            _____
                                              John G. Koeltl
                                        United States District Judge