

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | W. Simone Nicholson<br>*Special Assistant Corporation Counsel*<br>Office: 212) 356-2455 |
|---|---|---|

February 8, 2024

**VIA ECF**
The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    B.W., et al. v. N.Y.C. Dep't of Educ, et. al., 22-1409 (JGK)(KHP)

Dear Judge Koeltl:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action, wherein Plaintiffs allege violations pursuant to the Individuals with Disabilities in Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. §794; *et seq.*, as well as seek attorney's fees and costs for administrative decisions issued under the IDEA, and for this action.

    I write to respectfully request a further short extension for the parties to finalize the settlement in this case. The parties have to resolve an error in the settlement agreement and need additional time for the parties to reach out to their respective clients. Accordingly, I request leave for the parties to submit the final stipulation of settlement by February 12, 2024, and apologize to the Court for the delay and inconvenience.

    I thank the Court for considering this submission and for its patience while the parties hopefully resolve this final issue.

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/9/24

Respectfully submitted,

s/ W. Simone Nicholson
W. Simone Nicholson
Special Assistant Corporation Counsel

cc:    Erin O'Connor, Of Counsel, The Law Office of Elisa Hyman,
       *Counsel for Plaintiffs* (via ECF)