```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

B.W., ET AL.

                Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.

                Defendants.

22-cv-1409 (JGK)

<u>ORDER</u>

───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 21, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 13, 2024

                              /s/ John G. Koeltl
                              John G. Koeltl
                            **United States District Judge**