```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

B.W., ET AL.

                Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.

                Defendants.

22-cv-1409 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for February 21, 2024, at 2:30 p.m. is adjourned to **February 27, 2024**, at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            February 16, 2024

                                       John G. Koeltl
                            **United States District Judge**